## BALDWIN *vs.* RODGERS & ADAMS.

Where an attachment for purchase money is sued out un der §3293 *e seq.* of the Code, there are three issuable or traversable grounds: first, purchase money; second, possession; and third, that the purchase money is due. These grounds may be traversed as in ordinary attachment cases; the issue made by this traverse is the thing to be tried by the jury; no other matter is for trial; and a motion for new trial is confined to such issues. Hence, the verdict will not be set aside on the ground that it was not supported by the evidence, there being none to show that the debt was due, if that was not made a ground of the traverse. Code, §§3296, 3212. Judgment affirmed.

April 2, 1885.

JACKSON, Chief Justice.

[On November 15, 1883, Rodgers & Adams sued out an attachment for purchase money against Baldwin. It was

levied on certain personalty, which was replevied by the defendant. On the trial, the evidence for the plaintiffs went to show that the debt was for goods sold to the defendant about November 3, and that they were in his possession when the levy was made. The evidence for the defendant tended to show that the goods were not in his possession at the time of the levy, but had been transferred to pay another debt; also that the goods were bought on thirty days' time, and that the debt was not due.

The jury found for the plaintiffs. Defendant moved for a new trial because the verdict was contrary to law and evidence. The motion was overruled, and he excepted.]